OPINION — AG — ** TORT CLAIMS ACT — AUTOMOBILE LIABILITY INSURANCE ** 70 O.S. 9-106 [70-9-106], PERMITTING A SCHOOL DISTRICT TO PROCURE LIABILITY INSURANCE FOR MOTOR VEHICLES TRANSPORTING STUDENTS, HAS BEEN SUPERSEDED BY THE ' POLITICAL SUBDIVISION TORT CLAIMS ACT ', 51 O.S. 151 [51-151] ET SEQ., WHICH CONTAINS ITS OWN PROVISIONS FOR PROCUREMENT OF SUCH INSURANCE BY SCHOOL DISTRICTS. (SCHOOL DISTRICTS, SUE, DAMAGES, LIABILITY, TORT, CARS, SCHOOL BUSES) CITE: 70 O.S. 168 [70-168], 70 O.S. 153 [70-153](6)(B), 70 O.S. 154 [70-154], 70 O.S. 159 [70-159], 70 O.S. 163 [70-163] [70-163], 70 O.S. 16 [70-16], 70 O.S. 170 [70-170] [70-170] (FLOYD W. TAYLOR)